6x7 Global Security
Lady Benjamin Cannon, ASCE
1401 21st st
Sacramento, CA 95811
Phone 415.404.1917
artherd@me.com

Attorney in propia persona

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LADY BENJAMIN CANNON, ASCE<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et-al.<br><br>Defendants. | Case No. CV22-6778-JD<br><br>**OPPOSITION TO DEFENDANT ANDREW WATTERS MOTION FOR MORE DEFINITE STATEMENT.**<br><br>**DECLARATION OF LADY BENJMAIN CANNON, A.S.C.E. IN SUPPORT.** |

Plaintiff LADY BENJAMIN CANNON, ASCE ("LADY"), hereby opposes Defendant ANDREW WATTERS MOTION FOR MORE DEFINTE STATEMENT (either version).

**BACKGROUND**

Andrew Watters is a transphobic bigot, stalker, sexual harasser, and vertiginous litigant. He is also a former attorney of mine. He is bipolar and should not be practicing law, and indeed is representing himself in this matter.

Thus far, despite not being served with a lawsuit, Mr. Watters has taken it uppn himself to file no less than 7 documents in this case alone, and apparently 2 other cases as well, that are largely blog posts copied and pasted onto the court docket. This plaintiff deeply regrets the amount of court time this has already wasted, and continues to waste. The court should declare Watters a vertiginous litigant.

Andrew Watters filed at least 2 Motions for More Definite Statement on 11/20/2022 and 11/21/2022 – this opposition should be liberally construed to apply to all of them.

**The Motion for More Definite Statement is moot**

Plaintiff LADY BENJAMIN CANNON, ASCE filed her FIRST AMENDED COMPALINT as ordered by the Court on 12/04/2022. No motion for more definite statement has been filed in response to that complaint. As the FAC supercedes the Complaint, this motion is completely utterly and totally moot on the grounds of time immemorial.

**Mr. Watters' motion is an admission and could be read as a summary judgement motion**

The court need not reach the following, and indeed we feel concerned that we are now forced by Watters to waste time responding to these outrageous and false halucinations of Watters, but it does need to be said that should the court somehow decide the motion is not moot, it must considering the following:

Mr. Watters essentially admits the veracity of the complaint insofar a he admits he:

1. Was physically present at the incident site.

2. Accompanied armed state actors on a residential burglary

and

3. Assisted with the burglary after entering the home of Lady Benjamin Cannon.

Since we know that no eviction of Lady Benjamin Cannon from 5030 3rd st has ever taken case, Mr. Watters has never supplied one because no such eviction indeed exists, it is a fabrication, a fantasy, a made-up thing in the deluded bipolar mind of Mr. Watters, who is sexually obsessed with me.

The court could and should read Mr. Watters' failed attempt at a motion for more definite statement, as a motion for summary judgement complete with admissions of a party opponent, and immediately find against Mr. Watters and issue judgement in this case at this time. The court if needed could consider this document my motion to do so. If required or requested I am happy

to more fully brief such a motion, however I believe the court has authority to act *sua sponte* and I would respectufully encourgage it to do so in this case, as I believe the Court will know better what to do with an attorney acting in these ways than I do.

Otherwise, I will now set about opposiong the myridad 7+ documents that Mr. Watters has filed, try to make heads or tails of them, and respond as best I can, having been his victim. Thank you for your time.

Date: December 18, 2022

Lady Benjamin Cannon, A.S.C.E.

LADY BENJAMIN CANNON, ASCE
6x7 Global Security
Attorney in propia persona

I declare under penalty of perjury under the laws of the United States and pursuant to Rule 11 of the FRCP that the foregoing is true and correct.

Date: December 18, 2022

Lady Benjamin Cannon, A.S.C.E.
LADY BENJAMIN CANNON, ASCE
6x7 Global Security
Attorney in propia persona