6x7 Global Security
Lady Benjamin Cannon, ASCE
1401 21st St
Sacramento, CA 95811
Phone 415.404.1917
globalsecurity@6x7.io

Attorney in propia persona

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA**

LADY BENJAMIN CANNON, ASCE

Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO
and;
CAPTIAN DAVID MARON,
CAPTIAN "SANFORD",
MARGARET BAUMGARTNER
and;
CHARLES JADALLAH, RENA PROVENCIO, ANDREW WATTERS, DAVID WISEBLOOD, JIM MCCLAIN, EVERAL THOMPSON
and;
BLEDSOE, DIESTEL, TREPPA & CRANE LLP, DAVIS RILEY, CARLOS JATO, LAW OFFICEA OF CARLOS JATO, DANIEL BERKO, JASON HAIN, RYAN MURPPHY, KAVIN WILLIAMS, EVICTION DEFENSE COLLABORATIVE
and;
A FRIENDLY MOVERS;
and;
DOES 1 through 60 inclusive.

Defendants.

Case No. CV22-6778-TSH

**PLAINITIFF'S OPPOSITION TO DEFENDANT ANDREW WATTERS' EX PARTE APPLICATION TO APPOINT APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF**

**PLAINITIFF'S OPPOSITION TO DEFENDANT ANDREW WATTERS' EX PARTE**

**PLAINITIFF'S OPPOSITION TO DEFENDANT ANDREW WATTERS' EX PARTE**

**APPLICATION TO APPOINT APPOINTMENT OF GUARDIAN AD LITEM**

**DECLARATION OF LADY BENJAMIN CANNON, ASCE**

**I, Andrew G. Watters, declare:**

1. I am an individual above the age of 18 years of age and a Defendant in this case. I have personal knowledge of the following facts and if called as a witness, I would and could competently attest to the truth of these facts.

2. Defendant ANDREW WATTERS ("WATTERS") is an unscrupulous and incompetent attorney. WATTER'S entire declaration is defective because it was swon under the law of Califrnia, not the law of the United States.

3. WATTERS has a history of usinig court files to smear his opponents and his miscondcuts have resulted in hefty sanctions on him.

4. Mr. Waters is a drug addict. He pasticiapted in a drug deal and was thus denied a job by the FBI. He sued the FBI to get his job, despite his criminal history and he lost[1].

5. The attached Exhbiits are true and correct copies of the Court files in which the Mr. Watters exhibited unprofessional behaviro and was sancted by the judged.

6. Based on the foregoing, I am accusing Mr. Watters of being unethical, hishonest, and a liar. I seek the denial of Mr. Watters's motion for the appointment of a guardian ad litem.

I declare under penalty of perjury under the laws of the United States that the foregoing is

---

1 https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwjyxJ-U6Ir7AhWqlWoFHeQEBi8QFnoECAwQAQ&url=https%3A%2F%2Fcasetext.com%2Fcase%2Fwatters-v-mueller&usg=AOvVaw0xiUTUfn-jcCFV5cbca_xu

true and correct.

Date: November 16, 2022

*Lady Benjamin Cannon, A.S.C.E.*

LADY BENJAMIN CANNON, ASCE
6x7 Global Security
Attorney in propia persona