UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADY BENJAMIN CANNON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-06778-SI<br><br>**JUDGMENT** |

On January 24, 2023, the Court dismissed plaintiff's complaint with leave to amend. Dkt. No. 43. Plaintiff was ordered to file a second amended complaint on or before March 7, 2023 or the complaint would be dismissed with prejudice. *Id.* Plaintiff has not amended the complaint. *Id.* Accordingly, final judgment is hereby entered against plaintiff.

**IT IS SO ORDERED**.

Dated: May 4, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge